UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL R. PYNN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEANNE S. WOODFORD, Warden,<br><br>　　　　Respondent. | CASE NO. CV 06-00687 AHM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 12, 2011

**JS-6**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　United States District Judge